**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| SERGEY NECHAEV, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | CR424-106 |
| | ) | |
| UNITED STATES OF | ) | |
| AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Sergey Nechaev moves under 28 U.S.C. § 2255 to vacate, set aside, or correct his federal sentence. Doc. 73. Nechaev's Motion was not filed using the standard form provided for § 2255 Motions. *Id.* The Rules Governing Section 2255 Proceedings require that "[t]he motion must substantially follow . . . the form appended to these rules . . . ." Rule 2(c), Rules Governing Section 2255 Proceedings. The Advisory Committee Notes instruct that "the better procedure [is] to . . . require the moving party to submit a corrected motion that conforms to [the Rule]." Rule 2, Rules Governing Section 2255 Proceedings, advisory committee note to 2004 amendments. Nechaev is, therefore, **DIRECTED** to submit his Amended Motion, using the standard form, no later than June 24, 2026.

The Clerk is **DIRECTED** to enclose a blank copy of Form AO 243 (Motion to Vacate / Set Aside Sentence (Motion Under 28 U.S.C. § 2255)) with the service copy of this Order for Nechaev's convenience. Nechaev is advised that the Amended Motion will become the sole operative pleading and only those claims listed in it will be considered by the Court. *See, e.g., Davenport v. United States*, 217 F.3d 1341 (11th Cir. 2000) (applying Fed. R. Civ. P. 15 to amendment of § 2255 motion); *see also, e.g., Lowery v. Ala. Power Co.*, 483 F.3d 1184, 1219 (11th Cir. 2007) ("[A]n amended [pleading] supersedes the initial [pleading] and becomes the operative pleading in the case."). Nechaev is further advised that failure to comply with the Court's instructions may result in a recommendation that his Motion be dismissed. *See* Fed. R. Civ. P. 41(b); *Hawthorne v. United States*, 2022 WL 3099271, at *2 (11th Cir. Aug. 4, 2022) (affirming Rule 41(b) dismissal where § 2255 movant failed to file amended motion as directed).

  **SO ORDERED**, this 10th day of June, 2026.

  _____
  CHRISTOPHER L. RAY
  UNITED STATES MAGISTRATE JUDGE
  SOUTHERN DISTRICT OF GEORGIA