**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| SERGEY NACHAEV,<br><br>Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CR424-106 |

**ORDER**

Sergey Nachaev was convicted, after pleading guilty, of one count of violation of the Export Control Reform Act, one count of attempted smuggling of goods from the United States, and one count of submitting false or misleading export information. *See* doc. 69 at 1 (Judgment). He moved to vacate the judgment against him. Doc. 73. Because his original Motion was not presented on the proper form, the Court directed him to resubmit it. Doc. 74. When he did not comply, the Court recommended that his Motion be dismissed for failure to prosecute and to comply with the Court's Order. Doc. 76. Within the period to object to that recommendation, he has now submitted his Amended Motion. Doc. 77.

The Court's Report and Recommendation was clear that, if Nachaev submitted his Amended Motion out-of-time, he was required to explain his failure to comply timely. Doc. 76 at 3. His Amended Motion included an addendum, addressed to "Your Honor," that explains that "[s]hortly after [his] first 2255 motion was mailed [he] . . . received notice of [his] pilot['s] license revocation from the Government." Doc. 77 at 14. Because of that revocation, his "mental state became extremely vulnerable and [he] . . . felt unsecured for any actions to see [his] loved ones sooner." *Id.* While the Court is not convinced that the explanation establishes either the excusable neglect or good cause ordinarily required to extend an already-expired deadline, *see, e.g.,* Fed. R. Civ. P. 6(b)(1)(B), it is sufficient to establish that Nachaev is attempting to litigate this case in good faith. Since dismissal on abandonment grounds is an extreme sanction, *see, e.g., Goforth v. Owens*, 766 F.2d 1533, 1535 (11th Cir. 1985), the Court will accept his explanation and permit this case to proceed. The prior Report and Recommendation is, therefore, **VACATED**. Doc. 76.

The Court **DIRECTS** the Government to respond to Nachaev's Motion, as amended, docs. 73 & 77, within ninety days from the date of

this Order. Rules 4(b), 5(a)-(b), Rules Governing Section 2255 Proceedings. This Court's Local Rules provide a fourteen-day period to file a reply to the Government's response. *See* S.D. Ga. L. Civ. R. 7.6. To avoid any confusion, however, Movant is specifically **DIRECTED** to file his reply to the Government's answer, motion, or other response no later than fourteen days after the Government files its response. *Cf*. Rule 5(d), Rules Governing Section 2255 Proceedings.

**SO ORDERED**, this 1st day of September, 2026.

Christopher L. Ray
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA